**Jimmy Muhammed ALI, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Doctor, Respondent–Appellee.**

No. 03–6169.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

Jimmy Muhammed Ali, Appellant Pro Se. Debbie Stevens, Federal Correctional Institution, Beaver, West Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Muhammed Ali, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ali v. Conley,* No. CA–01–847–5 (S.D.W.Va. Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*